IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAWRENCE CURTIS BAKER, JR.,
    Petitioner,

vs.                                                    Case No.:  5:14cv273/RV/EMT

JULIE L. JONES,
    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 14, 2016 (ECF No. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections (ECF No. 27).

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 1st day of April 2016.

        /s/ Roger Vinson
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**